# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In re:

Towns Real Estate &
Appraisal Service, Inc.
    Debtor

Andre M Toffel
    Plaintiff
vs.

Towns Real Estate & Appraisal
Service, Inc., et al.,
    Defendant

Case No. 11-05875-TBB-7

Adversary Proceeding No. 13-00154

CV-14-B-1531-S

## SUBMISSION SHEET
## Motion to Withdraw Reference

TO:    Sharon Harris, Clerk of Court
        United States District Court

SUBMITTED ON:    Motion to Withdraw Reference filed by Defendants

CONTENTS OF RECORD:

     a.    Motion to Withdraw Reference
     b.    Docket Sheet from main bankruptcy case
     c.    Docket Sheet from Adversary Proceeding 13-00154
     d.    CD containing record

**\*\*RELATED MATTER DISTRICT COURT CASE #CV-14-B-1516-S\*\***

Dated: August 6, 2014

                             Scott W. Ford, Clerk
                             United States Bankruptcy Court

                             By: /s/ Leigh Tumlin
                                    Deputy Clerk